## GARY LINTZ *v.* SUSAN LINTZ
### (12424)

DUPONT, C. J., O'CONNELL and FOTI, Js.

Argued March 28—decision released April 19, 1994

*Gary Lintz,* pro se, the appellant (plaintiff).

*Shirley M. Pripstein,* for the appellee (defendant).

*Rochelle Homelson,* assistant attorney general, with whom, on the brief, were *Richard Blumenthal,* attorney general, and *Seymour P. Dunn,* assistant attorney general, for the appellee (state).

PER CURIAM. The judgment is affirmed.